# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| **SANDRA LESLIE,** *et al.* | Case No. 1:25-cv-00627-MWM |
| Plaintiffs, | District Judge Matthew W. McFarland |
| v. |  |
| **TRAVEL and LEISURE CO.,** *et al.* |  |
| Defendant. |  |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS

Plaintiffs Sandra Leslie and Donald Wall and Defendants Travel and Leisure Company and Barclays Bank Delaware hereby notify the Court and all parties that the Parties have reached a settlement in principle of all claims between the Plaintiffs and Defendants in this matter.  The Parties anticipate that a stipulated notice of dismissal will be filed within the next forty-five (45) days.

Respectfully Submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Brent S. Snyder (0104059)
Marc E. Dann (0039425)
Marita I. Ramirez (0101882)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
216/373-0539
216/373-0536 – fax
notices@dannlaw.com

*Counsel for Plaintiffs Sandara Leslie and Donald Wall*

/s/ Alex X. Shadley (per email consent Oct. 9, 2025)
Alex X. Shadley, Trial Attorney (0100801)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
Tel: (513) 723-4000
Fax: (513) 723-4056
Email: axshadley@vorys.com

Kimberly Weber Herlihy (0068668)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

       Email: kwherlihy@vorys.com
       David A. Jermann (MO # 51389)
       (admitted Pro Hac Vice)
       Armstrong Teasdale LLP
       2345 Grand Boulevard, Suite 1500
       Kansas City, Missouri 64108-2617
       Tel: (816) 221-3420
       Fax: (816) 221-0786
       Email: djermann@armstrongteasdale.com

       *Attorneys for Defendants Travel + Leisure*
       *Co. and Barclays Bank Delaware*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 9, 2025 that a true and accurate copy of the foregoing *Joint Notice of Settlement* was filed electronically with the Clerk of Court who will send notice of this filing to all parties by the Court's electronic filing system.

       /s/Brian D. Flick
       Brian D. Flick (0081605)
       DannLaw

       *Co-Counsel for Plaintiffs*