IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| SANDRA LESLIE, et al., | : | Case No. 1:25-cv-627 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| TRAVEL AND LEISURE CO., et al., | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

This matter is before the Court on the Parties' Joint Notice of Settlement (Doc. 13). Accordingly, the Court **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated. In light of this dismissal, Defendant Barclays Bank Delaware's Motion to Compel Arbitration and Stay Case (Doc. 11) and Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. 12) are both **DENIED AS MOOT.**

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2